UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-cr-00164-SEB-MJD |
| TIMOTHY R LISBY, | ) -01 |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Dinsmore's Report and Recommendation that Timothy R. Lisby's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months in the custody of the Attorney General or his designee, with lifetime supervised release to follow. In addition to the mandatory conditions of supervision, the conditions of supervised release outlined in the Magistrate Judge's Report and Recommendation will be imposed: The Court recommends Defendant's placement at FCI Butner Low in Butner, North Carolina.

**SO ORDERED.**

Date: 4/11/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USMS-C

Electronic Notice to USPO