UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.    1:06-cr-164-SEB-MJD |
| | ) | |
| TIMOTHY R. LISBY, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 9, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 24, 2024, and supplemented on June 18, 2024. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by Edward Matthew Barloh, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2.    After being placed under oath, Defendant admitted violation 2. [Docket No. 50.] The Government moved to dismiss violation numbers 1 and 3 and the same was **granted**.

3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 2 | **"You shall not use or possess alcohol."** |
| | Mr. Lisby was released from the Bureau of Prisons on April 1, 2024. He admitted to consuming alcohol on April 2, 2024, and April 3, 2024. |

4.  The parties stipulated that:

(a)  The highest grade of violation is a Grade C violation.

(b)  Defendant's criminal history category is I.

(c)  The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5.  The parties jointly recommended a modification to the terms of supervised release by adding a 60-day alcohol monitoring period by the U.S. Probation Office.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be modified as follows:

Addition of a 60-day alcohol monitoring period by the U.S. Probation Office. Thereafter, if successful, defendant would return to the current terms of supervised release.

Defendant is released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 3/10/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system